ENUE, ETC. October 10, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. John W. Preston* for petitioner. *Mr. Solicitor General Beck* for respondent.

No. 388. COLONIAL BEACH COMPANY, OWNER, ETC. *v.* QUEMAHONING COAL COMPANY ET AL. October 10, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Mr. Hugh H. Obear* and *Mr. Paul Dulaney* for petitioner. No appearance for respondents.

No. 391. NEW YORK CENTRAL & HUDSON RIVER RAILROAD COMPANY *v.* JOHN W. KINNEY. October 10, 1921. Petition for a writ of certiorari to the Supreme Court of the State of New York granted. *Mr. Maurice C. Spratt* for petitioner. *Mr. Hamilton Ward* for respondent.

No. 405. AMERICAN MILLS COMPANY *v.* AMERICAN SURETY COMPANY OF NEW YORK. October 10, 1921. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Henry Uttal* for petitioner. *Mr. Henry C. Willcox* and *Mr. William Marshall Bullitt* for respondent.

No. 426. CHAMPLAIN REALTY COMPANY *v.* TOWN OF BRATTLEBORO. October 17, 1921. Petition for a writ of certiorari to the Supreme Court of the State of Vermont granted. *Mr. William C. Cannon* for petitioner. *Mr. Ernest W. Gibson* for respondent.

No. 427. OSAKA SHOSEN KAISHA ET AL. *v.* PACIFIC EXPORT LUMBER COMPANY. October 17, 1921. Petition